AUSA:     J. Michael Buckley      Telephone: (313) 269-4706
Special Agent:     Matthew R. Marvin      Telephone: (989) 528-5190

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

In the Matter of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

THE CELLULAR TELEPHONE ASSIGNED CALL
NUMBER 989-245-4537

)
)
)
)
)
)
)

Case No.  23-mc-51676-4

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____.
*(describe the property to be searched and give its location)*:

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: _s/Marlena Williams_
> Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal *(describe the property to be seized)*:

See ATTACHMENT B.

This Warrant, including its attachments, also serves as a Pen Register order under 18 U.S.C. § 3123. The Court makes the following findings: _____ is the person to whom the pen register or trap and trace device is to be attached/applied and who is the subject of the criminal investigation; (_____)_____-_ _____ to which the device is to be attached; and __18__ U.S.C. § 841(a)(1) is the offense, or one of the offenses, to which information relates.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 29, 2024_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Magistrate on Duty                    .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      February 15, 2024    4:36 pm      *Elizabeth A. Stafford*
                                                                                    *Judge's signature*

City and state:      Detroit, Michigan                    Elizabeth A. Stafford,  U. S. Magistrate Judge
                                                                            *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-mc-51676-4 | Date and time warrant executed:<br>    February 16, 2024 | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>    N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>  GPS precision location "ping" data and pen register trap trace data from Charles Wilson | | |

| **Certification** |
|---|

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:    3/18/2026

_____
*Executing officer's signature*

    Jeremy Parise, Special Agent
_____
*Printed name and title*